# Transcript of the Testimony of **Christine Clark**

**Date:** July 3, 2015

**In the Matter of:**

Christine Clark v. Brian K. Bridges, et. al.

6:14-cv-4313-BHH-JDA

Irveta J. Shouse / GWC
119 Jones Avenue
Greenville, SC 29601
Phone: 864-303-1723
Email: Irvetaj@aol.com

Christine Clark
July 3, 2015

Page 90

1   A.  No, sir.
2   Q.  You don't know?
3   A.  No, sir.
4   Q.  Okay.  Have you ever had any marijuana in your
5       residence at ▮ Hilley?
6   A.  No, sir.
7   Q.  Okay.  Has Mr. Patton ever brought marijuana to your
8       residence at ▮ Hilley?
9   A.  No, sir, not to my knowledge.
10  Q.  Okay, now, has Mr. Patton ever been -- let me go
11      back.  Mr. Patton was arrested on some firearms
12      charge; is that right?
13  A.  He was charged the same day with another firearm
14      charge, yes, sir.
15  Q.  Mr. Patton was arrested August 31, 2011 on a firearm
16      charge.  Yes or no?  You don't know?
17  A.  I don't know.
18  Q.  Okay.  Was there a firearm in your residence at ▮
19      Hilley on August 31, 2011?
20  A.  Locked up in my closet, my Daddy's.
21  Q.  Was there a firearm in your residence --
22  A.  Yes.
23  Q.  -- in 21 Hilley on August 31, 2011?
24  A.  Correct.
25  Q.  What kind of firearm or weapon was that?

Page 91

1   A.  There was -- my Daddy had -- there -- I can't give
2       you an exact, without having the paperwork in front
3       of me.
4   Q.  Tell me what you know.
5   A.  Hunting guns.
6   Q.  Was it a rifle or was it a pistol?
7   A.  Hunting stuff, that my Daddy used for hunting.
8       Guns.  No handguns.
9   Q.  Guns, okay.
10  A.  Hunting like rifles, shotgun.
11  Q.  Okay.
12  A.  Like mag that had like a scope on it, you know.  As
13      far as handgun, no, sir.
14  Q.  So no --
15  A.  Now, well, my personal gun was locked up, but -- it
16      was in there, with that, but they didn't take that.
17  Q.  There were weapons in your residence --
18  A.  Correct.
19  Q.  -- on August 31, 2011 at ▮ Hilley --
20  A.  Under lock and key --
21  Q.  Let me --
22  A.  -- yes, sir.  Yes, sir.
23  Q.  There were weapons in your residence August 31,
24      2011, at ▮ Hilley.  Right?
25  A.  Right.

Page 92

1   Q.  How many guns were there?
2   A.  I'm going to say up to possibly -- see -- I don't
3       have an exact number, but I'm going to guess around
4       seven maybe or more.  My daddy had a bunch of
5       hunting equipment.
6   Q.  We're going to talk about that.  The question simply
7       is how many guns were there, if you know.
8   A.  I don't know the exact number.
9   Q.  About seven?
10  A.  If I had to estimate, or more, yes, sir.
11  Q.  Okay, now you lived there.  Who else lived there
12      with you at ▮ Hilley --
13  A.  My son.
14  Q.  -- back on August 31, 2011?
15  A.  My son.
16  Q.  Just your son?
17  A.  Just my son.
18  Q.  Okay, now I want to ask you, do you hunt?
19  A.  Sometimes.
20  Q.  Do you shoot guns, weapons --
21  A.  Yes, sir.
22  Q.  -- pistols?
23  A.  Yes, sir.
24  Q.  Do you have a concealed weapons permit?
25  A.  No, sir.

Page 93

1   Q.  Do you ever carry a gun, a pistol anywhere, when you
2       go out at night or anything like that?
3   A.  I have had my pistol in the glove box of my car, but
4       not on my like --
5   Q.  I understand.
6   A.  -- person.
7   Q.  Put it in your vehicle, okay.  Now, do you have a
8       hunting license?
9   A.  Not at this time, no, sir.
10  Q.  Okay.  When is the last time you've had a hunting
11      license?
12  A.  I don't know.  It's been --
13  Q.  Okay.
14  A.  I don't know.
15  Q.  Now -- now, how long have you been living at ▮
16      Hilley, just you and your son?
17  A.  Since approximately -- I don't -- I don't really
18      know the exact date.
19  Q.  Approximately when?
20  A.  Let's see, at 21, probably at least -- ask me the
21      question one more time.
22  Q.  How long have you been living at ▮ Hilley by
23      yourself, with just you and your son?
24  A.  Three or four years, possibly.
25  Q.  Well, you were living there back in August of 2011.

24 (Pages 90 to 93)

Christine Clark v. Brian K. Bridges, et. al.

Christine Clark
July 3, 2015

Page 130

1    to ▊ or a side door to ▊?
2    A.  Yes, there's two.
3    Q.  Okay, where are the doors going into ▊?
4    A.  Exterior, correct?
5    Q.  Yeah.
6    A.  Okay, there's --
7    Q.  Yeah.
8    A.  See, like on the very end, it would be double, the
9        wooden doors.
10   Q.  Okay, there's a wooden door there.  Okay.  And is
11       there another one?
12   A.  Yes, that would be like right close to it.
13   Q.  Okay.  Is there a double door on the back, that's
14       wooden?  And is there a -- like a single door in the
15       back?
16   A.  Yes, sir.
17   Q.  Okay, now, the -- was there like an area of ▊ that
18       was closed off or closed in?  Was it a carport or a
19       work area or something, and then it was marked off
20       or built off?
21   A.  Initially the entire thing was my daddy's antique
22       car place.
23   Q.  Okay.
24   A.  As he built it, he built it in the form of a house.
25   Q.  Right.

Page 131

1    A.  And so, I mean, the entire thing -- I mean, I don't
2        understand.
3    Q.  Okay, let me rephrase that.  The double doors -- and
4        I'm going --
5    A.  Okay, right there.
6    Q.  I'm going to color it in, okay?  There's a double
7        door there, that I blacked in.
8    A.  Uh-huh.
9    Q.  Or blued in, rather.  It's on the back.  That door
10       is wider than a normal door, say, in a -- going into
11       a closet or a bedroom, right?
12   A.  Yes.
13   Q.  Okay, and that -- what's that door made out of?  Is
14       it wood?
15   A.  The double doors?
16   Q.  Yeah.
17   A.  Yes, sir, with a steel frame possibly.
18   Q.  Okay.  And is it about -- how wide is it?  Is it as
19       wide as this table is?
20   A.  Yes, sir, or wider maybe.
21   Q.  Okay.
22   A.  I'm not sure.  About maybe possibly something about
23       like the windows right there.  Something --
24   Q.  Okay.
25   A.  -- close to that, possibly.

Page 132

1    Q.  Maybe --
2    A.  Might be a little less.
3    Q.  -- six or eight feet wide, something like that?
4        Sound about right?
5    A.  Yes, sir, I --
6    Q.  Huh?
7    A.  I mean, I'm not good with --
8    Q.  Well, okay.  Well, what is the --
9    A.  But I'm guessing --
10   Q.  All right, what does that double door open into?
11       What room?
12   A.  The laundry room and the shower.
13   Q.  And does it open into any other areas?  Doesn't the
14       double door, the wooden double door open into a
15       room?
16   A.  Correct, yes.
17   Q.  All right.  Is it a large room or is it a small
18       room, that it opens into?
19   A.  It's a pretty large room.
20   Q.  Okay, and what room do you call that?
21   A.  The laundry room.
22   Q.  Okay.
23   A.  And my shower room.
24   Q.  But it is a big room?
25   A.  Yes, sir.

Page 133

1    Q.  Okay.  And, now, is there -- are there any other
2        doors that open from the outside of the house into
3        that laundry room, other than that big wooden door
4        in the back?
5    A.  On the outside?
6    Q.  Any door from the outside of the residence that
7        opens up into that laundry room?
8    A.  There's two wooden double doors right here.
9    Q.  I --
10   A.  There's a window right here.  No, sir, there's no
11       other door --
12   Q.  Okay.
13   A.  -- connected to that room.
14   Q.  And if you will, please don't draw on the
15       diagram --
16   A.  Okay, I'm sorry.
17   Q.  -- if you don't mind.
18   A.  I'm sorry.
19   Q.  So I want to make sure I understand.  There's --
20       there is one door that opens in from the outside of
21       the residence into the laundry room, that you've
22       described.  And that is on the back, and it is a
23       double door.  Correct?
24   A.  Correct.
25   Q.  Okay.  And what all do you keep in that room, that

34 (Pages 130 to 133)

Christine Clark v. Brian K. Bridges, et. al.

Christine Clark
July 3, 2015

Page 134

1        laundry room?
2    A.  My shower's there.  The hot water heater is there,
3        the washing machine and dryer.
4    Q.  Is there any furniture in there?
5    A.  Yes, there's a desk and a chair.  And, well,
6        actually there's a -- there's two.  There's a
7        rocking chair and another chair.  And now there's a
8        couch, but then I don't believe the couch was there.
9    Q.  Okay.
10   A.  So if we're referring to now --
11   Q.  No, I'm talking about then.
12   A.  Then?  It -- it was kind of a mess almost.  There
13       was a table and some carpet.  I really don't
14       remember.  The room is different now, but the -- the
15       washing machine and dryer was there, the shower, the
16       hot water heater, and a chair.  There's one, two,
17       three chairs in there, if I remember right --
18   Q.  Okay.
19   A.  -- and a table.
20   Q.  All right.  When you talk like -- you've confused me
21       a little bit.  To make sure I understand, the big
22       room that you call the laundry room, that these
23       double doors on the back open into, includes the
24       shower?
25   A.  Correct.

Page 135

1    Q.  And at the time there were chairs in that room?
2    A.  Correct.
3    Q.  It was carpet in that room?
4    A.  I don't recall if the carpet had been put in, at
5        that time --
6    Q.  Okay.
7    A.  -- but now there is.
8    Q.  What else was in that room at the time back in
9        August of '11 besides the shower, the chairs?
10   A.  I believe there's a roll of carpet.  I can't really
11       recall exactly everything that was in --
12   Q.  What else do you do recall that was in there, ma'am?
13   A.  Just a basket with -- and just clothes.
14   Q.  Was there a table in there?
15   A.  Yes, sir, there was a table.
16   Q.  Was there a couch in there?
17   A.  No, sir, not at that time.  I don't believe.
18   Q.  Was there -- were there chairs in there?
19   A.  There was -- there was like a regular chair, and
20       then there was like an old wooden chair.
21   Q.  Okay, so there were chairs in there.
22   A.  Correct.
23   Q.  All right, what else do you remember being in there?
24   A.  Towels, shampoo and stuff, by where I take a shower
25       at.  I don't really recall.  I don't know exactly.

Page 136

1    Q.  I'm just asking anything else --
2    A.  I don't know.
3    Q.  -- you do recall in there, ma'am.
4    A.  At that time?
5    Q.  Yeah.
6    A.  No, sir, I can't.
7    Q.  Okay.
8    A.  No, sir, I don't know.
9    Q.  Okay.  And did you use that room for anything other
10       than showers?
11   A.  Laundry.
12   Q.  Okay.  Now the shower, was the shower just open in
13       that room or was there a closed off area for the
14       shower?
15   A.  It is a shower stall, however there's no -- do you
16       mean is there privacy there?
17   Q.  Right.
18   A.  No, sir, it's like the hot water heater, the shower,
19       the washing machine and the dryer.  There's no
20       partition or nothing there.
21   Q.  Okay.
22   A.  It's all open.
23   Q.  Okay.  And you -- and that was the regular shower
24       that you used in the residence?
25   A.  My shower.

Page 137

1    Q.  Your shower.  Your personal shower?
2    A.  Correct.
3    Q.  Okay.  All right, now -- now, Ms. Clark, I want you
4        to pick me up with the day or the afternoon that the
5        sheriff's office came to your property.  Oh, no.
6        I'm sorry.  Let me -- where were you told that this
7        mower was found?
8    A.  At the front, like right in here somewhere.
9    Q.  Okay, put mower.  Write the word.  Put a square and
10       write the word "mower" by it, if you don't mind.
11       Would you put a square there, please?  Okay, just to
12       make it clear, I'm going to write the word M-O-W-E-
13       R.  Okay?  And I'm going to draw an arrow to this
14       box, okay?  That's where you understand the mower
15       was found?
16   A.  Correct, on the corner at the front.
17   Q.  Okay, and you never saw it there?
18   A.  No.
19   Q.  You never saw it anywhere in the back of the
20       residence, or on either side of the residence?
21   A.  No, sir.
22   Q.  Okay.  And when you say you left that morning to
23       take your son to school, which way did you go?
24   A.  This way and down the driveway.
25   Q.  Okay, and where is the driveway?  Where is the road?

35 (Pages 134 to 137)

Christine Clark v. Brian K. Bridges, et. al.

Christine Clark
July 3, 2015

Page 142

1  A. Yes.
2  Q. Now did he have a key to that residence?
3  A. No, sir.
4  Q. And tapping on the door is what woke you up, I
5     guess.
6  A. Yes, sir.
7  Q. And then it's decided that he is going to go get
8     your son from the bus stop?
9  A. Yes.
10 Q. All right. And then what did you do, at that point?
11 A. I sat there and -- well, actually I laid back down
12    for a minute or two. I believe I had my laptop. I
13    might have had my laptop on, or something like that.
14    And I sat there and waited. And I looked at the
15    time, I believe, and decided I needed to go ahead
16    and take a shower, because we had talked about pizza
17    and a movie. And I hadn't got up. So I was kind of
18    like I need to go get in the shower.
19 Q. Okay. And then tell me what happened then.
20 A. When I went to get in the shower?
21 Q. Yeah.
22 A. I was looking at my phone. I just had got a new
23    Alltel phone. And I pretty much had -- most of my
24    vision was on the phone. Walked through the house,
25    opened the door, which the room was dark --

Page 143

1  Q. Wait a minute. You were in the house.
2  A. The bed -- there's a bedroom door, and then there's
3     a laundry room door.
4  Q. Okay.
5  A. And went through the door, and then went to the
6     laundry room, opened the door, which was dark.
7  Q. Okay.
8  A. I was looking at my phone. And I thought, well, I
9     should turn the light on, but I still was looking at
10    my phone. I had kicked off my pants and kind of --
11    just kind of kicked them off. And they went into a
12    basket that was nearby. And the next thing I know,
13    I'm out on the ground and all these people are in my
14    backyard.
15 Q. Okay, so you're walking in your house, and you're
16    going through an interior door into the laundry
17    room; is that right?
18 A. Correct.
19 Q. Okay, and the laundry room is dark; is that correct?
20 A. Correct.
21 Q. Okay. And you never turned the light on, in the
22    laundry room?
23 A. I didn't have a chance to.
24 Q. Did you ever turn the light on, in the laundry room?
25 A. No.

Page 144

1  Q. And you say it was dark?
2  A. Yes.
3  Q. Okay. And you said you kicked off your pants --
4  A. Correct.
5  Q. -- in a basket?
6  A. Correct.
7  Q. What room were you in, when you kicked off your
8     pants into a basket?
9  A. I was in the laundry room.
10 Q. Okay. What were you doing in the laundry room, in
11    the dark?
12 A. I was getting ready to take a shower and get ready
13    for whenever Ethan and Buddy came back. We were
14    supposed to do dinner and a movie.
15 Q. Why didn't you turn the light on?
16 A. The light switch is all ways at the other end --
17 Q. Okay.
18 A. -- and I would have had to walk across --
19 Q. Don't draw on the diagram.
20 A. -- the room. I would have had to walk across the
21    room to where the light switch was at.
22 Q. I see. So you had just walked into the laundry room
23    and kicked off your pants?
24 A. Correct.
25 Q. And the room was dark?

Page 145

1  A. Correct.
2  Q. And -- and -- and you didn't turn the light on?
3  A. No, sir.
4  Q. All right, and then what happened?
5  A. I -- it's like it happened, and I screamed. And I'm
6     on the ground and all these people are around. And
7     he was the one.
8  Q. Go ahead.
9  A. He was the one that pulled me outside.
10 Q. Okay, so you walk into the laundry room. It's pitch
11    black, dark?
12 A. Correct.
13 Q. You kicked your pants off. And then in -- and then
14    the first thing you know is you're on the ground?
15 A. I'm outside, on the ground.
16 Q. The next thing you know, you're outside on the
17    ground?
18 A. It just -- just like that. Just quick.
19 Q. Okay, make -- make sure we describe everything you
20    can remember.
21 A. I screamed.
22 Q. Let me finish. You walked out of the -- you walk
23    out of the one room of your house into the laundry
24    room. The laundry room is dark.
25 A. Correct.

37 (Pages 142 to 145)

Christine Clark v. Brian K. Bridges, et. al.